NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KUTCHEV PIERRE,                                    )
a/k/a KUTCHEV CELESTIAL PIERRE,     )
                                                              )
      Appellant,                                 )
                                                              )
v.                                                            )          Case No. 2D17-50
                                                              )
STATE OF FLORIDA,                             )
                                                              )
      Appellee.                                   )
_____)

Opinion filed November 7, 2018.

Appeal from the Circuit Court for Collier
County; Christine Greider, Judge.

Howard L. Dimmig, II, Public Defender, and
Matthew D. Bernstein, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and John M. Klawikofsky,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

      Affirmed.

SILBERMAN, VILLANTI, and BLACK, JJ., Concur.